UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL L. JONES,

    Petitioner,

    v.

CASE NO. 06-CV-15286

HON. GEORGE CARAM STEEH

BLAINE LAFLER,

    Respondent.

_____/

ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY (# 24)

Petitioner Michael L. Jones has filed a renewed motion for certificate of appealability. The Court previously decided that a certificate of appealability was not warranted in this case. Petitioner's newest motion contains the same arguments that were previously raised and considered by the Court. Now, therefore,

IT IS HEREBY ORDERED that petitioner's motion for certificate of appealability is DENIED.

Dated: June 11, 2009

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 11, 2009, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk